UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RAIS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, a California corporation, and DOES 1 through 50,<br><br>    Defendant. | Case No. 2:18-cv-00833-KS<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Karen L. Stevenson |

**[~~PROPOSED~~] ORDER**

Good cause appearing, it is hereby ORDERED that the above-entitled action is dismissed with prejudice with each party to pay his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 23, 2019

_____
Honorable Karen L. Stevenson
U.S. Magistrate Judge